# NO. 12-08-00239-CR

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| ***JAMES EDWARD SIMMONS, APPELLANT*** | § | ***APPEAL FROM THE 7TH*** |
| ***V.*** | § | ***JUDICIAL DISTRICT COURT OF*** |
| ***THE STATE OF TEXAS, APPELLEE*** | § | ***SMITH COUNTY, TEXAS*** |

## MEMORANDUM OPINION
### PER CURIAM

Appellant was convicted of delivery of a controlled substance. We have received the trial court's certification showing that this is a plea bargain case and Appellant has no right to appeal. *See* TEX. R. APP. P. 25.2(d). The certification is signed by Appellant and his counsel. Accordingly, the appeal is ***dismissed for want of jurisdiction***.

Opinion delivered June 11, 2008.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(DO NOT PUBLISH)